UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>J COPELLO INTERNATIONAL CORP,<br><br>Defendant. | Case No. 15-cv-05434-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; DIRECTING FILING OF JOINT STATUS REPORT**<br><br>Re: Dkt. No. 15 |

Before the Court is the parties' stipulation to continue initial case management conference from March 1, 2016, to June 28, 2016. Dkt. No. 15 ("Stip."). The parties request a continuance to permit Plaintiffs to audit Defendant's records. *Id.* at 1. The parties represent that these records are directly relevant to Plaintiffs' claims and may result in the informal resolution of this matter. *Id.*

The Court agrees that this is an appropriate course of action and hereby **GRANTS** the parties' stipulation to continue the initial case management conference from March 1, 2016, to June 28, 2016, at 2:00pm. To ensure that progress is made during that time, the Court **DIRECTS** the parties to file a joint status report regarding the audit by May 10, 2016. The joint status report shall describe how much work, if any, is left to do to complete the audit and whether the parties anticipate that informal resolution of the matter is still possible.

**IT IS SO ORDERED.**

Dated: February 25, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge